UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06 - 20286 CR - GOLD

MAGISTRATE JUDGE
BANDSTRA

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the indictment and related documents, arrest warrant, this motion, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may dispose of or hide assets, particularly as this case involves the misappropriation of millions of dollars in client money through fraud and the indictment seeks the forfeiture of assets traceable to the fraud.

Rule 6(e)(4) states that the magistrate judge to which an indictment is returned may order that the indictment be kept secret until the defendant is in custody or has been released pending trial. Fed. R. Crim. P. 6(e)(4). The circuit courts have uniformly recognized that an indictment may be sealed not only in order to assist in taking a defendant into custody, but also for any other legitimate prosecutorial purpose or when the public interest otherwise requires it. *See, e.g., United States v. Sharpe*, 995 F.2d 49, 52 (5th Cir.1993) (sealing appropriate for any legitimate prosecutorial purpose); *United States v. Richard*, 943 F.2d 115, 118-19 (1st Cir.1991) (same); *United States v. Lakin*, 875 F.2d 168, 170 (8th Cir.1989) (same); *United States v. Southland*

*Corp.*, 760 F.2d 1366, 1379-80 (2d Cir.1985) (surveying historical practice which Rule 6(e) codified).

A proposed Order is attached.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
CHARLES E. DUROSS
ASSISTANT UNITED STATES ATTORNEY
Court Id No. A5500618
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9358 Office
(305) 536-7976 Facsimile