UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20286-Cr-Gold/Bandstra

UNITED STATES OF AMERICA

v.

LOUIS ROBLES,
          Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED
AMENDED MOTION TO MODIFY RESTRAINING ORDER**

This case is before the Court on the government's unopposed amended motion to modify the restraining order in this case. The initial restraining order is docket entry 6 in this case. The instant motion is docket entry 144. Based upon the matters presented, it is **ORDERED** that the government's motion is **GRANTED**. It is further **ORDERED** that:

1. This Order applies to the following institutions/entities and properties.

    a. All funds in Account No. 1000016245762 at SunTrust Bank, Orlando, Florida;

    b. All funds in Account No. 3000858 at Stonegate Bank, Fort Lauderdale, Florida;

    c. All funds, or equivalent shares of investment, held on behalf of Louis S. Robles by Cordell Funding, L.L.L.P., Coconut Grove, Florida; and

    d. All funds, or equivalent shares of investment, held on behalf of Louis S. Robles by Anglo-American Financial, Charlottesville, Virginia.

2. The restraining order in this matter is modified in the following manner as to the institutions/entities and properties referenced in paragraph 1 of this Order. Following the Court's imposition of sentence, the government shall serve this Order upon the institutions/entities

referenced in paragraph 1 of this Order.  The government may effectuate service, at its discretion, by regular mail, facsimile, or personal service.

   3. Within ten (10) days of receipt of this Order, the respective institutions/entities shall tender by cashier's check all funds held in the respective accounts, including all accumulated interest, to:

  Clerk of the Court
  United States District Court for the Southern District of Florida
  Restitution Fund
  301 North Miami Ave., Room 150
  Miami, FL  33128

Either the cashier's check or an accompanying cover letter should reference this case: *United States v. Robles,* Case No. 06-20286-Cr-Gold.

   4. Within ten (10) days of receipt of this Order, the respective institutions/entities also shall provide to the government the most recent account statement for the respective account applicable at the time of their receipt of this Order.  The institutions/entities shall send such account statements to:

  Michael Davis
  Assistant United States Attorney
  99 N.E. 4th Street
  Miami, FL  33132

  **DONE AND ORDERED** at Miami, Florida, this 12thday of <u>December</u>, 2007.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Counsel of record

2