UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20286-CR-GOLD/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUS R. ROBLES,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF No. 177];
GRANTING MOTION TO TRANSFER FUNDS [ECF No. 166]**

This CAUSE is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 177] on the United States' Motion to Transfer Funds to Restitution Fund [ECF No. 166]. Judge Goodman recommends granting the Motion. No objections have been filed, *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."), and the time for doing so has passed.  Accordingly, it is hereby ORDERED and ADJUDGED that

1.    The Report and Recommendations [ECF No. 177] is **ADOPTED**.

2.    The United States' Motion to Transfer Funds to Restitution Fund [ECF No. 166] is **GRANTED**.

DONE and ORDERED in Chambers at Miami, Florida this 17th day of July, 2013.

_____
THE HONORABLE ALAN S. GOLD
SENIOR UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Jonathan Goodman
Counsel of record

Louis S. Robles
# 64900-004
Federal Satellite Camp
2650 HWY 301 South
Jesup, GA 31599