UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20286-CR-GOLD/GOODMAN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LOUIS R. ROBLES,

 Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF No. 186];
DENYING MOTION FOR RESTITUTION CREDIT [ECF No. 180]**

 This CAUSE is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 186] on Defendant Louis Robles' Motion for Restitution Credit [ECF No. 180]. Robles filed Objections [ECF No. 187] to the Report. Having conducted a de novo review of the Report, I adopt and affirm the Report and deny Robles' Motion.

 I concur with Magistrate Judge Goodman that the Judgment [ECF No. 143] does not prohibit the Government from pursuing collection efforts independent of the restitution payment schedule set forth therein. Nor does the Judgment provide that Robles' payment of the instant $4,953.46 excuses or satisfies Robles' obligation to make payments from wages earned while he is incarcerated.

 Further, I concur with Judge Goodman that the statutory scheme and interpreting case law governing restitution payments permit the Government to collect the instant $4,953.46 without affecting Robles' scheduled payments. *See, e.g.,* 18 U.S.C. § 3664(m)(1)(A) (permitting government to enforce an order of restitution "by all other available and reasonable means"); *United States v. Schwartz*, 2011 WL 1544624 (S.D.

Ohio Jan. 14, 2011) (concluding UNICOR payment schedule set forth in judgment did not prohibit garnishment during incarceration); *United States v. James*, 312 F. Supp. 2d 802, 806 (E.D. Va. 2004) (existence of payment schedule in restitution order "does not mean that the government is precluded from pursuing other avenues of ensuring that defendant's restitution obligation is satisfied"). Accordingly, it is hereby ORDERED and ADJUDGED that

1. The Report and Recommendations [ECF No. 186] is **ADOPTED**.

2. Defendant Louis Robles' Motion for Restitution Credit [ECF No. 180] is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this 14th day of January, 2014.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATED DISTRICT JUDGE

cc:  Magistrate Judge Jonathan Goodman
     Counsel of record

     Louis S. Robles
     # 64900-004
     Federal Satellite Camp
     2650 HWY 301 South
     Jesup, GA 31599